# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ROBERTA OTIS, | ) |
|     Plaintiff, | ) |
| v. | ) NO. 3:15-cv-01512 |
| | ) CHIEF JUDGE CRENSHAW |
| METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY, TN, et al., | ) |
|     Defendants. | ) |

## ORDER

For the reasons given in the accompanying Memorandum Opinion, Metro's Motion for summary judgment (Doc. No. 34) is **GRANTED** with respect to Otis's FLSA claim and **DENIED** in all other respects. Metro's Motion to Strike (Doc. No. 44) is **GRANTED in part and DENIED in part**.

The jury trial remains set for **November 14, 2017**, and all deadlines in the Order setting the trial remain in effect. (Doc. No. 18.) Prior to the pretrial conference, the Court encourages the parties to continue discussing alternative dispute resolution possibilities, as well as admissions of fact[s] or stipulations regarding the authenticity and admissibility of documents at trial. M.D. TENN. L.R. 16.01(d)(6). Accordingly, this case is **REFERRED** to the Magistrate Judge to conduct a Final Case Management Conference.

IT IS SO ORDERED.

                                                                    _____
                                                                    WAVERLY D. CRENSHAW, JR.
                                                                    CHIEF UNITED STATES DISTRICT JUDGE